MICHAEL R. HALL
Nevada Bar No. 005978
STEVEN T. JAFFE
Nevada Bar No. 007035
JACOB S. SMITH
Nevada Bar No. 10231
**HALL JAFFE & CLAYTON, LLP**
7455 West Washington Ave., Suite 460
Las Vegas, Nevada 89128
(702) 316-4111
Fax: (702) 316-4114

G. DALLAS HORTON
Nevada Bar No.  005996
MONTE HALL
Nevada Bar No. 000296
**G. DALLAS HORTON & ASSOCIATES**
4435 South Eastern Avenue
Las Vegas, Nevada 89119
(702) 380-3100
Fax: (702) 385-3101

ROBERT D. VANNAH
Nevada Bar No. 002503
MARK L. JACKSON
Nevada Bar No. 010905
**VANNAH & VANNAH**
400 S. 4th Street, 6th Floor
Las Vegas, Nevada 89101
(702) 369-4161
Fax: (702) 369-0104
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| KEITH E. FAGIANA, and JEANETTE V. PAGE, (Re: 7412 Pinedale Avenue)<br><br>          Plaintiffs,<br><br>vs.<br><br>ATLAS MORTGAGE FUNDING CORPORATION; a Foreign Corporation DORIS MITCHELL; an Individually CAPITAL SIX FUNDING; a Foreign | CASE NO. 2:10-cv-00998-GMN-PAL<br><br>**MOTION TO ENLARGE TIME FOR SERVICE AND FOR AN ORDER THAT SERVICE BE MADE BY PUBLICATION OF SUMMONS** |

| | |
|---|---|
| Corporation; PREMIER MORTGAGE SERVICES LLC; a Foreign Limited Liability Company; FIRST COMMERCIAL CORPORATION a Foreign Corporation; REGIONS FINANCIAL CORPORATION a Foreign Corporation; COUNTRYWIDE HOME LOANS INC.; a Foreign Corporation; BAC HOME LOANS SERVICING, LP.; a Foreign Limited Partnership; ROE Rating Company; DOES 1- 100, inclusive; ROE CORPORATIONS 1 - 100, inclusive.<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

COMES NOW, Plaintiffs KEITH FAGIANA AND JEANETTE PAGE by and through their attorneys MICHAEL R. HALL, ESQ., STEVEN T. JAFFE, ESQ., and JACOB S. SMITH, ESQ. of the law firm of HALL, JAFFE & CLAYTON, LLP, hereby moves this Honorable Court for an Order to Enlarge the Time for Service and for and Order that Service be Made by Publication of Summons.

This motion is made and based on the following points and authorities and all pleadings and papers on file herein, any affidavits and exhibits attached hereto.

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.    PROCEDURAL HISTORY**

Plaintiffs filed their Complaint on May 13, 2010.  Multiple attempts to personally serve Defendant DORIS MITCHELL have been unsuccessful.  Plaintiffs believe that her whereabouts are unknown. Accordingly, Plaintiffs request that this Court grant their Motion for Order to Enlarge the Time for Service and for an Order that Service be made by Publication of Summons.

**II.    ARGUMENT**

Local Rule 4-1 of the U.S. District Court Rules allows for service pursuant to state rules, provided counsel seeking such service "furnishes the court with all forms and papers needed to comply with the requirements." LR 4-1 (2010).

The Nevada Rules of Civil Procedure provide that "Upon a showing of good cause, the Court shall extend the time for service and set a reasonable date by which service should be made." N.R.C.P. 4(i). The Rules further provide for service by publication "when the person on whom service is to be made resides out of state, or has departed from the state, **or cannot, after due diligence, be found within the state**" (Emphasis added). NRCP 4(e)(1).

Attached hereto are affidavits of due diligence outlining the attempts made to serve the Defendant DORIS MITCHELL (Affidavits of Due Diligence, attached hereto as **Exhibit 1**). Plaintiffs have made good-faith attempts to serve the Defendant in person, but have been unable to successfully serve Defendant, and Plaintiffs seek an executed Order (which Order is attached hereto as **Exhibit 2**) from the Court granting the Plaintiffs additional time in which to serve the Defendant DORIS MITCHELL via publication in a local newspaper.

### III. CONCLUSION

For all the foregoing reasons, and because Plaintiffs have made a good-faith effort to serve the Defendant and has presented good cause, Plaintiffs respectfully requests this Court grant their Motion to Enlarge the Time for Service and for an Order that Service be made by Publication of Summons.

DATED this 13 day of August, 2010.

HALL JAFFE & CLAYTON, LLP

By _____
MICHAEL R. HALL
Nevada Bar No. 005978
STEVEN T. JAFFE
Nevada Bar No. 007035
JACOB S. SMITH
Nevada Bar No. 10231
7455 West Washington Ave., Suite 460
Las Vegas, Nevada 89128
*Attorneys for Plaintiff*

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |

I hereby certify under penalty of perjury that I am an employee of HALL JAFFE & CLAYTON, LLP, and that on the 13 day of August 13, 2010, the foregoing **MOTION TO ENLARGE TIME FOR SERVICE AND FOR AN ORDER THAT SERVICE BE MADE BY PUBLICATION OF SUMMONS** was served upon the below listed parties via CM/ECF as follows:

| | |
|---|---|
| G. DALLAS HORTON, ESQ.<br>**G. DALLAS HORTON & ASSOCIATES**<br>4435 South Eastern Avenue<br>Las Vegas, Nevada 89119<br>Fax: (702) 385-3101<br>*Attorneys for Plaintiff* | ROBERT D. VANNAH, ESQ.<br>MARK L. JACKSON, ESQ.<br>**VANNAH & VANNAH**<br>400 S. 4th Street, 6th Floor<br>Las Vegas, Nevada 89101<br>Fax: (702) 369-0104<br>*Attorneys for Plaintiff* |

J. Christopher Jorgensen, Esq.
S. Paul Edwards, Esq.
LEWIS AND ROCA
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
*Attorneys for BAC Home Loans Servicing,
and Countrywide Home Loans, Inc.*

_____
An employee of HALL JAFFE & CLAYTON, LLP

# EXHIBIT 1

# DISTRICT COURT

## CLARK COUNTY, NEVADA

CASE NO.: A-10-616553

## AFFIDAVIT OF DUE DILIGENCE

**KEITH E. FAGIANA; et al**

    Plaintiff/Petitioner,

vs.

**ATLAS MORTGAGE FUNDING CORPORATION; et al**

    Defendant/Respondent.
_____/

SUMMONS; COMPLAINT received by **Paradigm Attorney Service, Inc.** on **06/14/2010** to be served upon:

### DORIS MITCHELL

I, **Zachary A. Van Dette**, being duly sworn says: That at all times herein affiant was and is a citizen of the United States, over 18 years of age, not a party to or interested in the proceeding in which this affidavit is made.

I am authorized to serve this process in the circuit/county it was served in.

On **06/18/2010** at **11:41 AM**, I attempted to serve the within **SUMMONS; COMPLAINT** on **DORIS MITCHELL** at **3355 Spring Mountain Rd., Ste. 59, Las Vegas, NV 89103** in the manner indicated below:

**NON-SERVICE:** For the reason(s) in the comments below:

Comments/Prev. Attempts: **I am unable to serve the defendant at the above address at this time. This is Diaspora International Consultants, I spoke to Dr. Girma Siede who stated that he has been here for 6 years and has never employed or heard of the defendant. I called the property management company, Ribeiro Company, and spoke to the office and was told that they have no record on file for the defendant.**

X_____
Zachary A. Van Dette
Paradigm Attorney Service, Inc. – Lic#: 1361
610 S. 10th Street
Las Vegas, NV 89101
702.385.7874
Atty File#: **Keith Fagiana** – Our File# **38990**

SUBSCRIBED AND SWORN to before me
this _____ day of _____, 2010.

_____
Notary Public in and for said
County and State.



## DISTRICT COURT

## CLARK COUNTY, NEVADA

CASE NO.: A-10-616553

### AFFIDAVIT OF DUE DILIGENCE

**KEITH E. FAGIANA; et al**

    Plaintiff/Petitioner,

vs.

**ATLAS MORTGAGE FUNDING CORPORATION; et al**

    Defendant/Respondent.

_____/

SUMMONS; COMPLAINT received by **Paradigm Attorney Service, Inc.** on **05/17/2010** to be served upon:

**DORIS MITCHELL**

I, **Zachary A. Van Dette**, being duly sworn says: That at all times herein affiant was and is a citizen of the United States, over 18 years of age, not a party to or interested in the proceeding in which this affidavit is made.

I am authorized to serve this process in the circuit/county it was served in.

On **05/21/2010** at **12:16 PM**, I attempted to serve the within **SUMMONS; COMPLAINT** on **DORIS MITCHELL** at **889 S. Rainbow Blvd., Ste. 708, Las Vegas, NV 89145** in the manner indicated below:

NON-SERVICE: For the reason(s) in the comments below:

Comments/Prev. Attempts: **I am unable to serve the defendant at the above address at this time. This is a Mail Store and there is no employee by the defendants name. There is a box 708 but they could not give me any information regarding the box holder.**

X _____
Zachary A. Van Dette
Paradigm Attorney Service, Inc. – Lic#: 1361
610 S. 10th Street
Las Vegas, NV 89101
702.385.7874
Atty File#: **Keith Fagiana** – Our File# **38096**

SUBSCRIBED AND SWORN to before me this ____ day of _June_____, 20 10.

_____
Notary Public in and for said
County and State.

## DISTRICT COURT

## CLARK COUNTY, NEVADA

CASE NO.: A-10-616553

### AFFIDAVIT OF DUE DILIGENCE

**KEITH E. FAGIANA; et al**

    Plaintiff/Petitioner,

vs.

**ATLAS MORTGAGE FUNDING CORPORATION; et al**

    Defendant/Respondent.

_____/

SUMMONS; COMPLAINT received by **Paradigm Attorney Service, Inc.** on **05/17/2010** to be served upon:

**DORIS MITCHELL**

I, **Zachary A. Van Dette**, being duly sworn says: That at all times herein affiant was and is a citizen of the United States, over 18 years of age, not a party to or interested in the proceeding in which this affidavit is made.

I am authorized to serve this process in the circuit/county it was served in.

On **05/24/2010** at **02:00 PM**, I attempted to serve the within **SUMMONS; COMPLAINT** on **DORIS MITCHELL** at **3340 Topaz St., Ste. 150B, Las Vegas, NV 89121** in the manner indicated below:

**NON-SERVICE:** For the reason(s) in the comments below:

Comments/Prev. Attempts: **I am unable to serve the defendant at the above address at this time. This is the National Association for the Advancement of Colored People. I spoke with the employees at this address and the defendant was unknown at this office.**

X _____
Zachary A. Van Dette
Paradigm Attorney Service, Inc. – Lic#: 1361
610 S. 10th Street
Las Vegas, NV 89101
702.385.7874
Atty File#: **Keith Fagiana** – Our File# **38989**

SUBSCRIBED AND SWORN to before me
this 21 day of June, 20 10

_____
Notary Public in and for said
County and State.



# DISTRICT COURT

## CLARK COUNTY, NEVADA

CASE NO.: A-10-616553

## AFFIDAVIT OF DUE DILIGENCE

KEITH E. FAGIANA; et al

    Plaintiff/Petitioner,

vs.

ATLAS MORTGAGE FUNDING
CORPORATION; et al

    Defendant/Respondent.
_____/

SUMMONS; COMPLAINT received by **Paradigm Attorney Service, Inc.** on **06/17/2010** to be served upon:

**DORIS MITCHELL**

I, **Bruce Feher**, being duly sworn says: That at all times herein affiant was and is a citizen of the United States, over 18 years of age, not a party to or interested in the proceeding in which this affidavit is made.

I am authorized to serve this process in the circuit/county in was served in.

On **06/21/2010** at **11:10 AM**, I attempted to serve the within **SUMMONS; COMPLAINT** on **DORIS MITCHELL** at **5222 Holbrook Dr., Las Vegas, NV 89103** in the manner indicated below:

**NON-SERVICE**: For the reason(s) in the comments below:

Comments/Prev. Attempts: **I am unable to serve the defendant at the above address at this time. The residence is vacant and for sale.**

X _____
Bruce Feher
Paradigm Attorney Service, Inc. - Lic#: 1361
610 S. 10th Street
Las Vegas, NV 89101
702.385.7874
Atty File#: **Keith Fagiana** - Our File# **39013**

SUBSCRIBED AND SWORN to before me
this ____ day of _____, 20__

_____
Notary Public in and for said
County and State.

# EXHIBIT 2

1  MICHAEL R. HALL
   Nevada Bar No. 005978
2  STEVEN T. JAFFE
   Nevada Bar No. 007035
3  JACOB S. SMITH
4  Nevada Bar No. 10231
   **HALL JAFFE & CLAYTON, LLP**
5  7455 West Washington Ave., Suite 460
6  Las Vegas, Nevada 89128
   (702) 316-4111
7    Fax: (702) 316-4114

8  G. DALLAS HORTON
   Nevada Bar No. 005996
9  MONTE HALL
10 Nevada Bar No. 000296
   **G. DALLAS HORTON & ASSOCIATES**
11 4435 South Eastern Avenue
   Las Vegas, Nevada 89119
12 (702) 380-3100
13 Fax: (702) 385-3101

14 ROBERT D. VANNAH
   Nevada Bar No. 002503
15 MARK L. JACKSON
16 Nevada Bar No. 010905
   **VANNAH & VANNAH**
17 400 S. 4th Street, 6th Floor
   Las Vegas, Nevada 89101
18 (702) 369-4161
19 Fax: (702) 369-0104

20 *Attorneys for Plaintiffs*

21                    UNITED STATES DISTRICT COURT
22
                           DISTRICT OF NEVADA
23
24 KEITH E. FAGIANA, and              )   CASE NO. 2:10-cv-00998-GMN-PAL
   JEANETTE V. PAGE,                  )
   (Re: 7412 Pinedale Avenue)         )
25                                    )
                                      )   **ORDER GRANTING MOTION TO
26                     Plaintiffs,    )   ENLARGE TIME FOR SERVICE BE
   vs.                                )   MADE BY PUBLICATION OF
27                                    )   SUMMONS**
28 ATLAS MORTGAGE FUNDING             )
   CORPORATION; a Foreign Corporation )

| | |
|---|---|
| DORIS MITCHELL; an Individually CAPITAL SIX FUNDING; a Foreign Corporation; PREMIER MORTGAGE SERVICES LLC; a Foreign Limited Liability Company; FIRST COMMERCIAL CORPORATION a Foreign Corporation; REGIONS FINANCIAL CORPORATION a Foreign Corporation; COUNTRYWIDE HOME LOANS INC.; a Foreign Corporation; BAC HOME LOANS SERVICING, LP.; a Foreign Limited Partnership; ROE Rating Company; DOES 1- 100, inclusive; ROE CORPORATIONS 1 - 100, inclusive.<br><br>                    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

   Plaintiffs' Motion to Enlarge Time for Service and for an Order that Service be Made by Publication of Summons, and the Court having examined the records and documents on file in the above-entitled matter, and being fully advised of the premises of Plaintiffs' Motion, and good cause appearing:

   IT IS HEREBY ORDERED that Plaintiffs' Motion to Enlarge Time for Service and for and Order that Service be Made by Publication of Summons is GRANTED.

   IT IS FURTHER ORDERED that the time for service of process is hereby extended up to and including October 30, 2010.

   IT IS FURTHER ORDERED that Defendant DORIS MITCHELL be served by publication for a period of four (4) weeks in the Nevada Legal News, with the notice to be published at least once per week during the four (4) week period.

                                            _____
                                            UNITED STATES DISTRICT COURT JUDGE
                                            DATED:   August 19, 2010

Respectfully submitted by:

HALL JAFFE & CLAYTON, LLP

By _____
   MICHAEL R. HALL, ESQ.
   Nevada Bar No. 005978
   STEVEN T. JAFFE, ESQ.
   Nevada Bar No. 007035
   JACOB S. SMITH, ESQ.
   Nevada Bar No. 010231
   7455 West Washington Ave., Suite 460
   Las Vegas, Nevada 89128