ROBERT J. CALDWELL, ESQ.
Nevada Bar No. 007637
BART K. LARSEN
Nevada Bar No. 008538
**KOLESAR & LEATHAM, CHTD.**
3320 W. Sahara Avenue, Suite 380
Las Vegas, Nevada 89102
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-mail: rcaldwell@klnevada.com

Attorneys for Defendant
REGIONS FINANCIAL CORP.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KEITH E. FAGIANA and JEANETTE V. PAGE (re: 7412 Pinedale Avenue),<br><br>Plaintiffs,<br><br>vs.<br><br>ATLAS MORTGAGE FUNDING CORPORATION; DORIS MITCHELL; CAPITAL SIX FUNDING; PREMIER MORTGAGE SERVICES LLC; FIRST COMMERCIAL CORPORATION; REGIONS FINANCIAL CORPORATION; COUNTRYWIDE HOME LOANS INC.; and BAC HOME LOANS SERVICING, LP,<br><br>Defendants. | Case No.: 2:10-cv-00998-GMN-PAL<br><br>**REQUEST AND ORDER TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST AND FOR DISCONTINUATION OF NOTICE AND SPECIAL NOTICE** |

    Robert J. Caldwell, Esq. and Bart K. Larsen, Esq. of Kolesar & Leatham, Chtd., bring this Request to Remove Counsel and Defendant Regions Financial Corporation from the CM/ECF Service List and Request for Discontinuation of Notice and Special Notice.

    Kolesar & Leatham, Chtd., represented Regions Financial Corporation in this matter and was dismissed without prejudice on August 9, 2010 (Doc. No. 20). As such, it is no longer necessary that Kolesar & Leatham, Chtd., receive CM/ECF notice.

Therefore, Kolesar & Leatham, Chtd., requests that it and its client be removed from the CM/ECF service list.

DATED this 4th day of November, 2010.

KOLESAR & LEATHAM, CHTD.

By /s/ Robert J. Caldwell
ROBERT J. CALDWELL, ESQ.
Nevada Bar No. 007637
BART K. LARSEN, ESQ.
Nevada Bar No. 008538
3320 W. Sahara Avenue, Suite 380
Las Vegas, Nevada 89102

Attorneys for Defendant
REGIONS FINANCIAL CORP.

### ORDER

The court hereby grants the Request filed by Kolesar & Leatham, Chtd.. The Clerk of the Court is hereby directed to discontinue notice in these proceedings by removing counsel from the CM/ECF Service List and removing counsel from the mailing matrix on all service lists in these proceedings.

IT IS SO ORDERED this 12th day of November, 2010.

/s/ Gloria M. Navarro
Gloria M. Navarro
United States District Judge

Submitted by:
KOLESAR & LEATHAM, CHTD.

/s/ Robert J. Caldwell
ROBERT J. CALDWELL, ESQ.
Nevada Bar No. 007637
KOLESAR & LEATHAM, CHTD.
3320 W. Sahara Avenue, Suite 380
Las Vegas, Nevada 89102
Attorneys for Defendant,
REGIONS FINANCIAL CORP.