1  MICHAEL R. HALL
   Nevada Bar No. 005978
2  STEVEN T. JAFFE
   Nevada Bar No. 007035
3  JACOB S. SMITH
   Nevada Bar No. 10231
4  **HALL JAFFE & CLAYTON, LLP**
   7455 West Washington Ave., Suite 460
5  Las Vegas, Nevada 89128
   Phone: 702-316-4111
6  Fax: 702-316-4114

7  G. DALLAS HORTON
   Nevada Bar No. 005996
8  **G. DALLAS HORTON & ASSOCIATES**
   4435 S. Eastern Avenue
9  Las Vegas, NV 89119
   Phone: 702-380-3100
10 Fax: 702-385-3101

11 ROBERT D. VANNAH
   Nevada Bar No. 002503
12 MARK L. JACKSON
   Nevada Bar No. 010905
13 **VANNAH & VANNAH**
   400 S. 4th Street, 6th Floor
14 Las Vegas, NV 89101
   Phone: 702-369-4161
15 Fax: 702-369-0104

16 *Attorneys for Plaintiffs*

17              **UNITED STATES DISTRICT COURT**

18                   **DISTRICT OF NEVADA**

19 KEITH E. FAGIANA, and JEANNETTE V.          2:10-cv-00998-GMN-PAL
20 PAGE, (Re: 7412 Pinedale Avenue)

21          Plaintiffs,

22 vs.                                         **STIPULATION AND ORDER TO
                                               DISMISS DEFENDANTS
23 ATLAS MORTGAGE FUNDING                      COUNTRYWIDE HOME LOANS, INC.
   CORPORATION; a Foreign Corporation; DORIS  AND BAC HOME LOANS SERVICING,
24 MITCHELL; an Individual; CAPITAL SIX        LP AND VOLUNTARY DISMISSAL OF
   FUNDING; a Foreign Corporation; PREMIER     REMAINING DEFENDANTS**
25 MORTGAGE SERVICES LLC; a Foreign
   Limited Liability Company; FIRST
26 COMMERCIAL CORPORATION a Foreign
   Corporation; REGIONS FINANCIAL
27 CORPORATION, a Foreign Corporation;
   COUNTRYWIDE HOME LOANS INC.; a
28 Foreign Corporation; BAC HOME LOANS

1    SERVICING, LP.; a Foreign Limited Partnership;
ROE Rating Company; DOES 1- 100, inclusive;
2    ROE CORPORATIONS 1 - 100, inclusive.

3                     Defendants.

4

5

6        IT IS HEREBY STIPULATED between Plaintiffs KEITH E. FAGIANA, and JEANNETTE V.

PAGE, by and through their attorneys MICHAEL R. HALL, ESQ., STEVEN T. JAFFE, ESQ., and

7 JACOB S. SMITH, ESQ. of the law firm of HALL, JAFFE & CLAYTON, LLP, and G. DALLAS

8 HORTON, ESQ. of the law firm of G. DALLAS HORTON & ASSOCIATES, and ROBERT D.

9 VANNAH, ESQ., and MARK L. JACKSON, ESQ. of the law firm of VANNAH & VANNAH, and

10 Defendant COUNTRYWIDE HOME LOANS, INC. and BAC HOME LOANS SERVICING, LP., by

11 and through their attorneys, J. CHRISTOPHER JORGENSEN, ESQ. and LEWIS AND ROCA, LLP.

12 that Defendants COUNTRYWIDE HOME LOANS INC. and BAC HOME LOANS SERVICING, LP.

13 shall be dismissed from this case, with prejudice, each party to bear their own attorney fees and costs,

14 and that all pending motions in this matter are hereby vacated.

15        Plaintiff does also hereby voluntarily dismiss all remaining defendants in this matter.

16

17    DATED: January 12, 2011.             DATED: January 12, 2011.

18    HALL JAFFE & CLAYTON, LLP       LEWIS & ROCA, LLP

19

20    By    */s/ Jacob S. Smith*           By    */s/ J. Christopher Jorgensen*
       MICHAEL R. HALL              J. Christopher Jorgensen, Esq.
       Nevada Bar No. 005978          3993 Howard Hughes Pkwy., Ste 600
21       STEVEN T. JAFFE              Las Vegas, NV 89169
       Nevada Bar No. 7035           *Attorneys for Defendants BAC and*
22       JACOB S. SMITH             *Countrywide*
       Nevada Bar No. 10231
23       7455 West Washington Avenue, # 460
       Las Vegas, Nevada 89128
24       *Attorneys for Plaintiff*

25                        **ORDER**

26        Pursuant to the Stipulation by and between the parties and for good cause appearing:

27        IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Complaint is hereby

28

1  dismissed as to COUNTRYWIDE HOME LOANS, INC. and BAC HOME LOANS SERVICING, LP.,

2  with prejudice with each party to bear their own attorney fees and costs.

3       IT IS FURTHER ORDERED that all other defendants in this matter are voluntarily dismissed by

4  Plaintiffs, and that all pending motions and hearings are vacated.

5       **IT IS SO ORDERED** this 19th day of January, 2011.

6

7       _____

8       Gloria M. Navarro
        United States District Judge

9

Submitted by:

10

HALL JAFFE & CLAYTON, LLP

11

12

By:___*/s/ Jacob S. Smith*_____
13      MICHAEL R. HALL
        Nevada Bar No. 005978
14      STEVEN T. JAFFE
        Nevada Bar No. 007035
15      JACOB S. SMITH
        Nevada Bar No. 10231
16      7455 West Washington Ave., Suite 460
        Las Vegas, Nevada 89128
17      *Attorneys for Plaintiff*

18      D. Dallas Horton, Esq.
        G. DALLAS HORTON & ASSOCIATES
19      4435 S. Eastern Avenue
        Las Vegas, NV 89119
20      *Attorneys for Plaintiff*

21      Robert D. Vannah, Esq.
        VANNAH & VANNAH
22      400 S. Fourth Street, 6th Floor
        Las Vegas, NV 89101
23      *Attorneys for Plaintiff*

24

25

26

27

28

3